| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Michael J. Burns (State Bar No. 172614) |
| 2 | Laura J. Maechtlen (State Bar No.: 224923) |
| | 560 Mission St., Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
| | NATURE AMERICA, INC. |
| 7 | KUMIN SOMMERS LLP |
| | Stephen A. Sommers (State Bar No. 225742) |
| 8 | 870 Market Street, Suite |
| | San Francisco, CA 94102 |
| 9 | (415) 434-4500 (phone) |
| | (415) 434-8453 (fax) |
| 10 | Attorneys for Plaintiff |
| 11 | THOMAS SHAVER |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SHAVER, an individual, | ) | Case No. 3:09-cv-05501 EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE CASE** |
| | ) | **MANAGEMENT CONFERENCE TO** |
| vs. | ) | **MAY 19, 2010** |
| | ) | |
| NATURE AMERICA, INC., a New York | ) | Date: March 3, 2010 |
| Corporation and DOES 1 through 10, inclusive, | ) | Time: 1:30 p.m. |
| | ) | Judge: Hon. Edward M. Chen |
| Defendant. | ) | Place: Courtroom C, 15th Flr. |
| | ) | |

Plaintiff THOMAS SHAVER and Defendant NATURE AMERICA, INC. have tentatively agreed to a settlement of the above referenced action. Accordingly, the parties hereby stipulate to continue the Case Management Conference currently scheduled for March 3, 2010 at 1:30 p.m. to May 19, 2010 at 1:30 p.m.

DATED: March 2, 2010                              SEYFARTH SHAW LLP

By: _____/s/_____
Laura J. Maechtlen
Attorneys for Defendant
HUB GROUP, INC.

DATED: March 2, 2010                              KUMIN SOMMERS LLP

By: _____/s/_____
Steve Sommers
Attorney for Plaintiff
THOMAS SHAVER.

SF1 28345383.1 / 22423-000061

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen