1  SEYFARTH SHAW LLP
   Michael J. Burns (State Bar No. 172614)
2  Laura J. Maechtlen (State Bar No.: 224923)
   560 Mission St., Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   NATURE AMERICA, INC.
6

7  KUMIN SOMMERS LLP
   Stephen A. Sommers (State Bar No. 225742)
8  870 Market Street, Suite
   San Francisco, CA 94102
9  (415) 434-4500 (phone)
   (415) 434-8453 (fax)
10
   Attorneys for Plaintiff
11 THOMAS SHAVER

12
                    UNITED STATES DISTRICT COURT
13
           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

| THOMAS SHAVER, an individual, | ) | Case No. 3:09-cv-05501 EMC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE CASE** |
| | ) | **MANAGEMENT CONFERENCE TO** |
| vs. | ) | **MAY 19, 2010** |
| | ) | |
| NATURE AMERICA, INC., a New York | ) | Date:    March 3, 2010 |
| Corporation and DOES 1 through 10, inclusive, | ) | Time:    1:30 p.m. |
| | ) | Judge:   Hon. Edward M. Chen |
| Defendant. | ) | Place:   Courtroom C, 15th Flr. |
| | ) | |

1  Plaintiff THOMAS SHAVER and Defendant NATURE AMERICA, INC. have
2 tentatively agreed to a settlement of the above referenced action.  Accordingly, the parties hereby
3 stipulate to continue the Case Management Conference currently scheduled for March 3, 2010 at
4 1:30 p.m. to May 19, 2010 at 1:30 p.m.

5 DATED:  March 2, 2010                              SEYFARTH SHAW LLP

7
                                                    By:  _____/s/_____
8                                                              Laura J. Maechtlen
                                                    Attorneys for Defendant
9                                                   HUB GROUP, INC.

10 DATED:  March 2, 2010                             KUMIN SOMMERS LLP

13                                                  By:  _____/s/_____
                                                               Steve Sommers
                                                    Attorney for Plaintiff
14                                                  THOMAS SHAVER.

SF1 28345383.1 / 22423-000061

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

2
Stipulation To Continue Case Management Conference
Case No. 3:09-cv-05501 EMC