SEYFARTH SHAW LLP
Michael J. Burns (State Bar No. 172614)
Laura J. Maechtlen (State Bar No.: 224923)
560 Mission St., Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NATURE AMERICA, INC.

KUMIN SOMMERS LLP
Stephen A. Sommers (State Bar No. 225742)
870 Market Street, Suite
San Francisco, CA 94102
(415) 434-4500 (phone)
(415) 434-8453 (fax)

Attorneys for Plaintiff
THOMAS SHAVER

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SHAVER, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATURE AMERICA, INC., a New York<br>Corporation and DOES 1 through 10, inclusive,<br><br>          Defendant. | Case No. 3:09-cv-05501 EMC<br><br>**STIPULATION FOR DISMISSAL**<br>ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-captioned action be and hereby is **DISMISSED WITH**

**PREJUDICE** pursuant to FRCP 41(a)(1), with each party to bear his or its own costs of suit and

attorneys' fees.

///

///

///

Stipulation for Dismissal
Case No. 3:09-cv-05501 EMC

DATED: March 24, 2010                    SEYFARTH SHAW LLP

By: _____
        Laura J. Maechtlen
Attorneys for Defendant
NATURE AMERICA, INC.

DATED: March 30, 2010                    KUMIN SOMMERS LLP

By: _____
        Steve Sommers
Attorney for Plaintiff
THOMAS SHAVER.

## ORDER

**IT IS HEREBY ORDERED** that:

The above entitled matter, Case No. 3:09-cv-05501 EMC is DISMISSED WITH

PREJUDICE, with each party to bear his or its own costs of suit and attorneys' fees.

DATED: _____4/1/10_____          _____
                                                                    M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12190295v.1 / 67408-000002

2

Stipulation for Dismissal
Case No. 3:09-cv-05501 EMC