SEYFARTH SHAW LLP
Michael J. Burns (State Bar No. 172614)
Laura J. Maechtlen (State Bar No.: 224923)
560 Mission St., Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NATURE AMERICA, INC.

KUMIN SOMMERS LLP
Stephen A. Sommers (State Bar No. 225742)
870 Market Street, Suite
San Francisco, CA 94102
(415) 434-4500 (phone)
(415) 434-8453 (fax)

Attorneys for Plaintiff
THOMAS SHAVER

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SHAVER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NATURE AMERICA, INC., a New York Corporation and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 3:09-cv-05501 EMC <br><br> **STIPULATION FOR DISMISSAL ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is **DISMISSED WITH PREJUDICE** pursuant to FRCP 41(a)(1), with each party to bear his or its own costs of suit and attorneys' fees.

///

///

///

Stipulation for Dismissal
Case No. 3:09-cv-05501 EMC

1  DATED: March 24, 2010                    SEYFARTH SHAW LLP

                                            By: _____
                                                Laura J. Maechtlen
                                            Attorneys for Defendant
                                            NATURE AMERICA, INC.

6  DATED: March 30, 2010                    KUMIN SOMMERS LLP

                                            By: _____
                                                Steve Sommers
                                            Attorney for Plaintiff
                                            THOMAS SHAVER.

## ORDER

**IT IS HEREBY ORDERED** that:

The above entitled matter, Case No. 3:09-cv-05501 EMC is DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of suit and attorneys' fees.

DATED:  4/1/10                              _____
                                                         M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

12190295v.1 / 67408-000002

2

Stipulation for Dismissal
Case No. 3:09-cv-05501 EMC